## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 16-784 consolidated with 16-783

**STATE OF LOUISIANA**

**VERSUS**

**ALEX HAYES**

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 70,689 C/W 65,554
HONORABLE WILLIAM BENNETT, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

## MARC T. AMY
## JUDGE

**\*\*\*\*\*\*\*\*\*\***

Court composed of Marc T. Amy, D. Kent Savoie, and Van Hardin Kyzar, Judges.


**ORDER OF EXPUNGEMENT REVERSED. JUDGMENT OVERRULING OBJECTION TO MOTION FOR EXPUNGEMENT REVERSED. REMANDED FOR FURTHER PROCEEDINGS.**


**Adrienne E. Aucoin**
**Department of Public Safety and Corrections**
**Office of State Police**
**Post Office Box 66614**
**Baton Rouge, LA 70896-6614**
**(225) 925-6177**
**COUNSEL FOR APPELLANT:**
        **State of Louisiana**

**Alex Hayes**
**5106 Westwood Pines Drive**
**Katy, TX 77449**
**IN PROPER PERSON**

**AMY, Judge.**

For the reasons discussed in the companion case, *State of Louisiana v. Alex Hayes*, 16-783 (La.App. 3 Cir. _/_/17), _ So.3d _, the trial court's order of expungement as granted in trial court Docket Number 70,689 is reversed. The trial court judgment is further reversed to the extent it overruled the Objection to Motion for Expungement, as filed by the appellant, the State of Louisiana, through the Department of Public Safety and Corrections, Public Safety Services, Office of State Police, Bureau of Criminal Identification and Information. This matter is remanded for further proceedings consistent with this opinion.

**ORDER OF EXPUNGEMENT REVERSED. JUDGMENT OVERRULING OBJECTION TO MOTION FOR EXPUNGEMENT REVERSED. REMANDED FOR FURTHER PROCEEDINGS.**